1   Darrell Dennis (6618) dennis@lbbslaw.com
    **Lewis Brisbois Bisgaard & Smith llp**
2   400 South Fourth Street, Suite 500
    Las Vegas, Nevada 89101
3   Telephone: 702.893.3383
    Facsimile: 702.366.9563
4
    Greg Como (11089) como@lbbslaw.com
5   **Lewis Brisbois Bisgaard & Smith llp**
    2929 North Central Avenue, Suite 1700
6   Phoenix, Arizona 85012-2761
    Telephone: 602.385.1040
7   Facsimile: 602.385.1051
    Attorneys for General Insurance Company of America

8

9

10

| FILED | RECEIVED |
| ENTERED | SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

FEB 17 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| General Insurance Company of America, a Washington corporation, | 3:10-CV-00588 |
| Plaintiff, | |
| vs. | |
| Scott Cronk, an individual, Chris Crumley, an individual, | |
| Defendants. | |
| Scott Cronk, an individual, Chris Crumley, an individual, | |
| Crossclaimant, | |
| vs. | |
| General Insurance Company of America, a Washington corporation, | |
| Counterdefendants. | |

## NOTICE OF SUBSTITUTION OF ATTORNEY
## WITHIN SAME LAW FIRM

Plaintiff/Counterdefendant General Insurance Company of America, hereby gives

notice to the Court, parties, and counsel of record of a change in handling attorney **FROM** Greg S.

Como and Amy L. Stein **TO** Greg S. Como and Darrell Dennis. Counsel's revised contact

4818-6718-0552.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

1 | information is as follows:

2 | Greg S. Como (como@lbbslaw.com)
LEWIS, BRISBOIS, BISGAARD & SMITH

3 | 2929 North Central, Suite 1700
Phoenix, Arizona 85012

4 | Telephone: 602-385-1040
Facsimile 602-385-1051

5

6 | Darrell Dennis (dennis@lbbslaw.com)
LEWIS, BRISBOIS, BISGAARD & SMITH

7 | 400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101

8 | Telephone: 702-893-3383
Facsimile: 702-366-9563

9 | Please update your service lists to reflect the above change.

10 | RESPECTFULLY SUBMITTED February 16, 2011.

11 | LEWIS BRISBOIS BISGAARD & SMITH LLP

12 | IT IS SO ORDERED

13 | *Valerie P. Cooke*   By /s/ Greg S. Como
Darrell Dennis

14 | U.S. MAGISTRATE JUDGE   Greg S. Como
Attorneys for General Insurance Company

15 | DATED: *February 17, 2011*

16 | **CERTIFICATE OF SERVICE**

17 | I hereby certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP,
and that on February 16, 2011, I served a true and correct copy of the foregoing document

18 | by:

19 | **All parties signed up for electronic filing have been served**
**via electronically and others are served by placing a true**

20 | **copy thereof in a sealed envelope placed for collecting and**
**mailing in the United States mail, at Phoenix, Arizona,**

21 | **postage prepaid, following ordinary business practices.**

22 | Mark Wenzel, Esq.   Charles W. Spann, Esq.

23 | Bradley, Drendel & Jeanney   Beckett, Yott, McCarty & Spann

24 | 401 Flint Street   6130 Plumas Street, Suite 200
Reno, Nevada 89501   Reno, Nevada 89519

25 | Attorneys for Scott Cronk   Attorneys for Employers Insurance

26 | and Chris Crumley   Company of Nevada

27 | /s/ Kathleen Biondolillo
Kathleen Biondolillo

28 | Employee of Lewis Brisbois Bisgaard & Smith LLP