AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

GENERAL INSURANCE COMPANY
OF AMERICA, a Washington corporation,

    Plaintiff/Counter-Defendant,       JUDGMENT IN A CIVIL CASE

    V.

                                   CASE NUMBER: **3:10-cv-00588-LRH-VPC**

SCOTT CRONK, an individual, CHRIS
CRUMLEY, an individual,

    Defendants/Counter-Claimants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Partial Summary Judgment (#29) is **GRANTED**.

    **IT IS FURTHER ORDERED** that Defendants' Counter Motion for Summary Judgment (#54) is **DENIED**.

   March 12, 2012                                  **LANCE S. WILSON**
                                                              Clerk

                                                        /s/ D. R. Morgan
                                                        Deputy Clerk